1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

13  KENNETH SACKS,                          ) CV 07-06580-SH
                                            )
14          Plaintiff,                      ) JUDGMENT
                                            )
15      v.                                  )
                                            )
16  MICHAEL J. ASTRUE,                      )
    Commissioner, Social Security,          )
17  Administration,                         )
                                            )
18              Defendant.                  )
    _____        )
19
        IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed
20
    and the Complaint dismissed.
21
    DATED:  November 12, 2009
22
23
                                   _____/ S /_____
24
                                       STEPHEN J. HILLMAN
25                                 UNITED STATES MAGISTRATE  JUDGE
26
27
28